

Dondi Stevens
1248 N. San Marcos Rd.
Santa Barbara CA 93111
(805) 452-9641

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

FILED

2017 MAR 10 PM 3: 57

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

DONDI STEVENS

    Plaintiff

      v.

DESS RICHARDSON, Esquire
RUZICKA, WALLACE, & COUGHLIN, LLP
US BANK, NATIONAL ASSOCIATION
JOYCE E. DUDLEY

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

TITLE 15 U.S.C. §1692 et seq.

FAIR DEBT COLLECTION
PRACTICES ACT

VERIFIED COMPLAINT

EMERGENCY HEARING
TO STAY TRIAL
AND RESTRAINING ORDER F.R.C.P.
65 AND VACATE JUDGMENT
A GRANT A NEW TRIAL,
F.R.C.P.59

SA CV17-427-CJC (KESx)

**PAID**

MAR 1 0 2017

Clerk, US District Court
COURT 4612

---

## INTRODUCTION AND STATEMENTS OF DONDI STEVENS TO THE

## FDCPA LITIGATION WHICH START ON PAGE SEVEN (7).

Plaintiff , DONDI STEVENS files this verified Complaint against these named Defendants

and yet unnamed defendants for violations and egregious omissions of Title 15 §1692 et seq.

(herein "FDCPA" or "Act") and charge these defendants with intentionally, deliberately, wantonly

and maliciously committed harassing, oppressive, abusive and have falsely misrepresented that

1

they are the holders of the notes, having the legal authority to exercise the Power of Sale Clause when in fact they conspired together to created forged and fraudulent notes and have committed extrinsic and intrinsic fraud upon the Courts of California and upon the Plaintiff. These named and yet unnamed defendants participated in a conspiratorial enterprise in an illegal/wrongful foreclosure against Plaintiff, who are classified as the least sophisticated consumers pursuant to Title 15 U.S.C. §1692e, [(§807)] and/or least susceptible consumers under Title 15 U.S.C. §1692f, [(§808)] and are consumers pursuant to (Title 15 U.S.C. §1692a(3), [(§803(3)]. The named defendants are liable under the FDCPA for their illegal attempts to collect an alleged debt and the alleged debt is classified under the Act as Title 15 U.S.C.§1692a(5), [(§803 (5)] and the collective Defendants are identified under the act as debt collector and are specifically identified as Title 15 U.S.C. §1692a(6) [(§803(6)] and are not exempt under Title 15 U.S.C. §1692a(6)(F)(iii) [(§803(6)(F)(iii)] for they are debt collectors and are not creditors pursuant to Title 15 U.S.C. §1692(a(6)(F)(ii), [§803(6)(F)(ii)].

1. This case must be viewed as a case with extraordinary circumstances for the FDCPA allegations are derived from extrinsic fraud upon the court and the obtained judgment, foreclosure, sale and the eviction were accomplished through the illegal creation of forged and fraudulent Promissory Note and Deed of Trust.

2. The fraudulent creating Defendants are now trying to convict me on trespassing charges on my own property based upon forged and fraudulently created Deed of Trust and through an illegal exercise and enforcement of forged and fraudulent notes and the illegal Power of Sale Clause. I have already been evicted by force from my property and my family has been separated for months based upon extrinsic and intrinsic fraud rendering the foreclosure, sale, eviction and now criminal trespass charges null and void. Extrinsic

fraud eviscerates created promissory and Deed of Trust Note making the foreclosure and sale of my property a void judgment which is nothing more than a nullity and not worth the paper it is written on.

3. If this FDCPA litigation is dismissed by one of the typical excuses (Failure to State a Claim upon relieve can be Granted) or the Complaint is just unintelligible and does not comply with Federal Rule 8 and must be dismissed is just another injustice just to protect and conceal the fraudulent conspiracy that these Plaintiff's have uncovered.

4. The people are very aware of the unconstitutional summary judgment rulings which deny the people their due process rights when the judge rules on the evidence of the case without any regards to the authenticity or even ignores evidence that is self authenticating but just follows the prescribed training to deny non-attorneys their right to a trial by jury in the protection of this self enriching corrupt system.

5. This Court should not frown or dismiss my assertions for I am not a radical or anyone opposed to the paying back of an honest loan based upon authenticated negotiable instruments and proof that actual consideration was tendered thus having a true meeting of the minds.

6. My harsh criticism contained in paragraphs (3) (4) and (5) above are actually supported by former Chief Justice of the United States Supreme Court, William Rehnquist who wrote in the Yale Law Review that the American Judicial is corrupt and not correctable and this Yale Law Review will be produced upon request to all parties.

7. Chief Justice John Malloy of the Arizona Supreme Court and the Arizona Court of Appeals even agrees even more vehemently with my allegations than Chief Justice Rehnquist,

Justice Malloy stated that all the legislation and statutes could not fix the judicial system for the judges are participating in unjust enrichment and the system is broken beyond repair.

8. The Plaintiff  are very aware of the reputation of the United States Judicial System and is asking this Court for a fair and honest impartial hearing based upon the authencity of the Forensic Report supporting the forgery and fraudulent claims of this Plaintiff .

9.  I am very aware that any judge will not want to be accused of the person removing his finger from the hole in the dam for fear of what it would do to the system and more concerned of the effects that it would have on his or her judicial careers. This judge should be more concerns of whether his decision would be a grave assault on the United States Constitution and the Plaintiff's right under the 5th and 14th Amendment and this is the most opportune time to ask one simple question, what is the equilibrium point of where the protection of one's civil rights intersects with the need to protect the system and the unjust enrichment?[1]

10. Federal Courts can always set aside a decision that has been obtained through extrinsic fraud. **Cord v. Smith**, 370 F.2d 418 (C.A. Cal. 1966).

---

[1] Plaintiff plans are to have besides the Forensic Document Examiner as an expert witness, Plaintiff plans on having at least three other expert witnesses 1, a former 30 year  Executive Vice-President of a major east coast bank having a master's degree in Banking  and employed by the American Banking Association, the American Banking Institute, having taught at area colleges and 2, a former accountant having a master's degree from Duquesne University having 18 year employment history with PNC Bank and 3, a author of two audio books on tape, one printed Book having read over 500 books and wrote numerous articles on the banking system and have debated several officials of the Federal Board of Governors including and not limited to Joseph R. Coyne, Secretary to the Chairman Allen Greenspan and the Federal Reserve Board of Governors.  This author and expert witness is a former congressional candidate having worked for an 18 year veteran Congressman. It has recently came to the attention of Don that another expert witness is very possible and his credentials are beyond approach, employed by the Department of Justice  and the United States Secret Service in Washington DC in their perspective fraud divisions having three maters degree having experience as a college professor.

4

11. R.R.C.P. 60(d)(1) and (3) provides a navigable avenue of relief with respect to F.R. C.P. 60(d)(1) and (3) thus eliminating the argument over the statutory limit of filing within the one year statutory time limit to be in compliance with F.R.C.P. 60(b)(2) (3) and (4).

12. A judgment procured by fraud on the court should be vacated regardless of its age. **Hazel-Atlas v. Hartford-Empire,** 322 U.S. 238 (1944) and in **Aoude v. Mobil Oil Corporation** 892, F. 2d 1115, 1121 (C.A. 1 1989) stated, "There is not the slightest unfairness in holding a litigant responsible for the bitter fruit of the scheme which he masterminded and in which they….and their attorney(s) jointly participated.  Where the fraud upon the court is discovered after a judgment has been entered, courts typically vacate or set aside the fraudulently begotten judgment no matter how long it has been in effect. **Cobell v. Norton, 226 F. Supp. 2d 1 (D D.C. 2002).**

13. And the inherent power of a federal court to investigate whether a judgment was obtained by fraud is beyond question.

14. This Plaintiff has recently read a book that is traveling around the country entitled, "Betrayed by the Bench" written by John A. Stormer and where he presents evidence concerning the reasons for the establishing case law and how the judicial system is working towards "Rule by the Judiciary" and where a Former Chief Justice of the United States Supreme  Court, Charles Evans Hughes, a Presidential candidate that narrowly lost to incumbent President Woodrow Wilson stated, "We have a constitution, and the Constitution is what us judges say it is". This direct assault upon our freedoms and liberties has done more damage to our way of live than all the standing armies of Europe. Any person hearing Hughes's contentious would have to accept the precarious position

we, Americans now find ourselves. This attitude has accomplished more harm and is more

of a threat to our liberties and freedoms than all the standing armies of Europe could

accomplish in the last century. We all know that Hughes's statement is rather shocking

but we must now face the realization that the statement of Hughes is unfortunately more

prevalent today then we care to think.

3-10-17
DATE

Aggrieved Plaintiff Dondi Stevens

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CENTRAL CALIFORNIA**

| | |
|---|---|
| DONDI STEVENS<br><br>Plaintiff<br><br><br><br>v.<br><br><br><br>DESS  RICHARDSON, Esquire<br>RUZICKA & WALLACE, LLP<br>US BANK, NATIONAL ASSOCIATION<br>JOYCE E. DUDLEY | TITLE 15 U.S.C. §1692 et seq.<br><br>FAIR DEBT COLLECTION<br>PRACTICES ACT<br><br>VERIFIED COMPLAINT |

## COMPLAINT

## INTRODUCTORY STATEMENT

1.      NOW COMES, Plaintiff, DON hereinafter known as "DON" or Plaintiff) and files this

First Verified Complaint for violations of Title 15 U.S.C. §1692 et seq. Fair Debt Collection Practice

Act (hereinafter known as "FDCPA" or "Act") and all applicable state laws to be included) and

Emergency Declaratory Judgment, Injunctive Relief and Temporary Restraining Order Pursuant to

F.R.C.P. 65 (b) (1) [The Court may issue a temporary restraining order if (A) specific facts in an

affidavit or a verified complaint  for this verified complaint clearly show that immediate and

irreparable injury, loss, or damage will result to the Movant before the adverse party can be heard

in opposition and this Plaintiff hereby states that Plaintiff has made every possible attempt to

either fax the defendants a courtesy copy or e-mail each or mailed by First Class U.S. Prepaid Mail

on/or about March 10, 2017 and proof of mailing is attached for each and every defendant. The irreparable harm is that the defendants are trying to incarcerate Don for defending his property that is illegally being stolen by legal trained experts when they knew or should have known that the negotiable instruments were forged and fraudulently produced. The specific harm being referenced herein is that my family will remain separated and that I will suffer adversely due to the great deal of stress for I have been hospitalized 5 times for a total of 75 days before I discovered Mortgage Defense System a neutral document examination company.

2.      Plaintiff has plead specific facts herein that clearly show in this verified complaint or Affidavit that this Plaintiff will suffer immediate irreparable injury, loss, or damage and will be forced to reside in his automobile. Plaintiff has suffered irreparable harm and damage according to two doctors and their Affidavits are attached herein. If these perpetrators of this fraudulent conspiratorial enterprise are not stopped this Plaintiff probably will not ever recover mentally and physically to be a productive person for his family and country when the system that should have protected him is now guilty of the same crimes that they took an oath to uphold and protect. The reason for granting the injunctive relief and/or the Temporary Restraining Order is to afford the Plaintiff's right to have an evidentiary hearing on the validity of the questioned notes and to prevent an illegal incarceration on a person that is trying to protect his property for his family.

3.      It is very evident that this Movant will be permanently scarred if the request is not granted and before the adverse party can be heard in opposition for the newly extrinsic fraud and intrinsic fraud will be proven or authenticated through a new trail and having expert witnesses that are able to come to the defense of this aggrieved Plaintiff.

4.      Movant is seeking actual damages, treble damages, statutory and punitive damages

and to void the illegal foreclosure, sale and eviction and award or reverse (recoupment) the financial damages suffered by Plaintiff based upon forged and fraudulently created Promissory Note and Deed of Trust pursuant to F.R.C.P. 60(d) (1) and (3) for this Federal District Court has ancillary jurisdiction to hear this case and rule on the relief requested including and not limited to granting a new trial, or in the alternative to vacate, alter, amend pursuant to Federal Rule of Civil Procedure 59 and/or award ten million dollars for their pain and suffering due to these omissions by these named Defendants and yet unnamed perpetrators of the Fair Debt Collection Practices Act Title 15 U.S.C. §1692 et seq.

5.     Plaintiff seeks damages caused by the collective defendants, each and all of them, for the intentional infliction of mental distress; negligent infliction of mental distress, and for the creation of forged and fraudulent Promissory and Deed of Trust Notes thus committing fraud upon the court by the use of extrinsic and intrinsic fraud, fraudulent misrepresentation and breach of the implied covenant of good faith and fair dealings.

6.     Plaintiff seeks additional demands upon this court to investigate these named collective defendants for violating California's Rules of Professional Conduct for making false statements to a Tribunal where the collective Defendants conspired to create and file fraudulent documents with California's Courts for unlawfully, altering, destroying, (conversion), security violations and knowingly make false, fraudulent and misrepresent material facts or statements to a tribunal.

7.     The inclusive named and unnamed rapacious defendants, intentionally, wantonly, deliberately, maliciously, fallaciously and willfully conspired in a well orchestrated scheme to illegally take possession of Plaintiff's home through a scheme to defraud both the Plaintiff's and

the California Courts.

8.      The defendants are all equal participates in a well orchestrated conspiracy that was planned and executed through their intent to financially harm Plaintiff and this Court must give the relief requested based upon numerous U.S. Supreme Court decisions that make it very clear that judgment procured through extrinsic fraud and even intrinsic fraud upon the Courts is enough to reverse or vacate the void judgment and sanctioned the participants of this conspiratorial enterprise.

I.      **JUDICIAL NOTICE**

**Definition of Fraud Upon the Court**

9.      In a recent case decided in December, 2016, **Shekhter of NMS Properties vs. AEW Capitol** in Los Angeles Superior Court (THIS IS ONLY ONE OF 61 CASES [2]) the Court ruled in favor of Shekhter and awarded him 5.25 Million dollars against AEW for presenting forged and fraudulent documents in court in an attempt to foreclosure in a mirror image of this present case and the real estate company lost their license to ever sell another home in California.

10.      Plaintiff reserves the right to sublimate four additional Affidavits in order to support the allegations made in this Complaint, 1) a former Vice-President of a Major East Coast Bank having a Master's Degree in Banking from the University of Virginia, having been employed by the American Institute of Banking and the American Banking Association as a instructor, 2) a Master's Degree Accountant having been employed for PNC Bank in the accounting department in Pittsburgh, Pa., 3), expert witness, author, having expert witness experience having a Bachelor of Science Degrees in management, with minors in economics and accounting. A couple of hours

---

[2] The forensic expert witness in this case was the same expert referenced by Plaintiff in paragraph 10 immediately above and his name is Jerry LaPorte.Plaintiff plans on obtaining the services of this expert to assist the findings of forensic examiner Gary Michaels and to establish his own credible report.

short of receiving Bachelor degrees in both accounting and economics.(having thirty years experience in accounting and economics and (4. A Department of Defense (fraud division), Secret Service (fraud division) College Professor having three Master's Degree will be examining the documents for their authencity or to validate the forgery fraud report of Gary Michaels.

11.     In order to understand the meaning of "fraud on the court" is it imperative that this court reference **Hazel Atlas Glass Co. v. Hartford Empire Co.** for a full understanding of the meaning of the phrase. There is little doubt that the majority of states that the only type of fraud for which a court of equity will upset a judgment is for extrinsic fraud.  **United States v. Throckmorton** 98 U.S. 61, 68 (1878). Clearly the Throckmorton case established that extrinsic fraud would vacate a judgment that was procured through the extrinsic creation of a fraudulent Promissory Note and a Mortgage or Deed of Trust note (without any statutory limit of one year).

12.     Justice Black even stated that the agencies of public justice are not so impotent that they must always be mute and helpless (to) victims of deception and fraud. Justice Black even stated that tempering with the administration of justice as indisputable as shown in this particular case involves far more than an injury to a single litigant. It is a wrong against the institutions set up to protect and safeguard the public institutions in which fraud cannot complacently be tolerated and is contrary and not consistent with good order of society. In another United States Supreme Court decision, **Universal Oil Products v. Root Refining Co.,** 328 U.S. 575 (1945), cited the **Hartford** case, Justice Black additionally stated,  "The inherent power of a federal court to investigate whether a judgment was obtained by fraud is beyond question.

13.     A judgment procured by fraud on the court should be vacated regardless of its age. **Hazel-Atlas v. Hartford-Empire,** 322 U.S. 238 (1944) and in **Aoude v. Mobil Oil Corporation,** 892 F.

11

2d 1115, 1121 (C.A. 1 1989) stated, "There is not the slightest unfairness in holding a litigant responsible for the bitter fruit of the scheme which he masterminded and in which they ... and their attorney(s) jointly participated. Where the fraud upon the court is discovered after a judgment has been entered, courts typically vacate or set aside the fraudulently begotten judgment no matter how long it has been in effect. **Cobell v. Norton,** 226 F. Supp. 2d 1 (D D.C. 2002).

14.     A court can always set aside a decision that has been obtained from it by fraud. **Cord V. Smith,** 370 F. 2d 418 (C.A. Cal. 1966). Rule 60 (b) of the Federal Rules of Civil Procedure provides a navigable avenue of relief with respect to 60(d)(1) (3), thus eliminating the argument over the statutory limit of filing within the one year statutory time limit to be in compliance with F.R.C.P. 60(b) (2), (3) and (4) which there are more United States Supreme Court decisions that have ruled quite differently that has eviscerated the one year time limit when extrinsic and intrinsic fraud has been intentionally committed on the court.

15.     Rule 60(b) of the Federal Rules of Civil Procedure provides a navigable avenue of relief with respect to 60 (d) (1) (3) set aside a judgment for fraud on the court.  From the beginning there has existed alongside the term rule a rule of equity to the effect that under circumstances, one of which is after-discovered fraud, relief will be granted against judgments regardless of the term of their entry. **Marine Insurance Company v. Hodgson,** 7 Cranch 332, 3 L. Ed. 362; **Marshall v. Holmes,** 141 U.S. 589, 12 S. Ct. 62, 35 L. Ed. 870.  Plaintiff through Affidavits, exhibits and expert testimony can and will prove conclusively that the collective named defendants participated in a deliberately planned and carefully executed scheme to defraud not only Plaintiff  but the CALIFORNIA courts and the due process rights of this Plaintiff and possibly hundreds  of others so similarly situated.

**16.**     Rule 60 of the Federal Rules of Civil Procedure provides for "Relief from Judgment or Order" by motion (Part (b) or by independent action (Part (d) and part (d) is referred to as Rule 60's "Saving Clause" and states:  Plaintiff brings forth this independent action to seek relief from judgment that was secured through extrinsic fraud. Rule 60 of the Federal Rules of Civil Procedure provides for "relief from a judgment or Order by motion in part (d). Rule 60 (d) states in section (1) "This rule does not limit a court's power to entertain an independent action to relieve a party from judgment, order, or proceeding" to in section (3) set aside a judgment for fraud on the court.

**17.**     The Eighth Circuit in **National Surety Co. v. State Bank** outlined the essential elements of the independent action as referenced in **Banker Mortgage v U.S.** 423 F.2d 73 (1970.) Plaintiff hereby demands that this Court actually addresses the elements, limitations or requirements of this independent action. The elements of an independent action are specifically identified and a short explanation of how Plaintiff has met the burden of proof in each of the required Elements:

18.     The First Element;   "a judgment which ought not, in equity and good conscience, to be enforced."

Answer (1): Any judgment that was procured through extrinsic and intrinsic fraudulent documents would be unconscionable as well as a grave miscarriage of justice and to award the fruits of misrepresentation in order to unjustly enrich the conspirators at the great financial detriment to this Plaintiff when the claim lacks admissible evidence to be in compliance with the   CALIFORNIA Rules of Evidence.

14.     The Second Element;   "a good defense to the alleged cause of action on which the judgment is founded."

Answer (2): The Supreme Court in v. **Holmes Marshall,** 141 U.S. 589, 596 12 S. Ct. 62, 35 L. Ed. 870 (1891) ruled that even a forged letter used to obtain a default judgment was sufficient to justify the independent action because Plaintiff  has just recently obtained the Affidavit from Mortgage Defense System proving the fraud. Plaintiff   realized it would be fruitless for them to deny the production of documents for the alleged signature was not executed by them or is the

genuine/ original signatures but were illegally counterfeited and based upon the reputations of the 120 hearings the courts are notorious rubber stamping machines.

15.     The Third Element (3);   "fraud, accident, or mistake which prevented the defendant in

the judgment from obtaining the benefit of his defense."

Answer (3): This Plaintiff have now obtained a Forensic Document Examination Findings Report prepared by Gary Michaels from Mortgage Defense Systems. Gary Michaels declares under the threat of perjury and hereby states in his sworn affidavit that the foreclosing document used by the named defendants participated in their own specific duties as outlined in there conspiratorial scheming enterprise carrying out their predetermined function to illegally foreclose, sale and evict Plaintiff knowingly that the collective defendants were perpetrating fraud upon the courts and Plainitff.

16.     The Fourth Element (4); "the absence of fault or negligence on the part of the

Plaintiff."

Answer (4): Plaintiff tried to defend their case the best way that they could and hired an attorney and was unable to crack the authenticity of the note issue for the attack of the rapacious attorneys using the forged and fraudulent documents was a mountain that could not be conquered.

17.     The Fifth Element (5);   "the absence of any adequate remedy at law."

Answer (5): This Plaintiff at that particular time realized that Plaintiff had absolutely no

adequate remedy at law to defend their position for the courts were just rubber stamping

foreclosure cases in favor of the attorneys even without any admissible evidence. Plaintiff heard

about Mortgage Defense System and called and was educated on the importance on the findings

and the actual presentation on the forensic document examination on the foreclosing documents.

Mr. Michael's preliminary findings or the executed Affidavit is executed by the company's owner

and identified as Affidavit P-1. Plaintiff reserves the right to sublimate this pleading with the final

affidavit specifically stating the degree of forged and fraudulently created notes to the highest

degree of certainty. The final notarized affidavit and the actual presentation of his formal legal

affidavit will be coming forthwith and filed upon all parties. Plaintiff is relegated; therefore, to an

independent action seeking relief from the judgment, on the principles on which this court should

take into account for it is an independent action in equity to reform a void judgment as outlines in

the Notes of the advisory Committee on Amendment to Rules 1946.

18.    The Sixth Circuit in **Mitchell v Rees** 651 F. 3d 593 (2011) stated: "If the right to make a motion is lost by the expiration of the time limits fixed in these rules, the only procedural remedy is by a new or independent action to set aside a judgment upon those principles which have heretofore been applied in such an action." Citing: **Banker Mortgage v U.S.** 423 F.2d 73 (1970)(quoting Advisory Committee Note of 1946 to Subdivision (b) of Rule 60, as reprinted in 6A Moore's Federal Practice § 60.01(8)); see also **Gonzalez v. Secretary for Dept. of Corrections**, 366 F. 3d 1253 - Court of Appeals, 11th Circuit 2004

19.    A court can strike out one of its judgments obtained by a perjured affidavit. **Maicobo Investment Corp. v. Von Der Heide,** 243 F. Supp. 885 (C.C. Md. 1965). The principle of res judicata or even Rooker-Feldman or even the Younger Abstention Doctrine or the  CALIFORNIA River decision may not be invoked to sustain fraud, and a judgment obtained by fraud or conclusion may not be used as a basis for the application of the doctrine of res judicata to prevent the vacating of any fraudulent and void judgment. **Miller v. U.S.,** 438 F. Supp. 514 (D.C. PA. 1977); **Grummons v. Zollinger F.** Supp. 63 (MD).

20.    This Court has the power to void and/or vacate this illegal judgment by these named and yet unnamed defendants for using forged and fraudulently created negotiable instruments which amounts to fraud upon the  CALIFORNIA Courts and have violated Plaintiff's Constitutional Rights in a conspiratorial enterprise to illegally take possession of Plaintiff's home without due process of law. Moreover, a void order can be challenged in any court and at any time. **Old Wayne Mutual Life Insurance Association v. McDonough** 204 U.S. 8 (1907).

21.    This Court would be willful participant in this illegal wrongful foreclosure and should lose its judicial immunity if it should refuse and deny an adversary hearing and reverse the financial detriment incurred by Plaintiff.

22.    Plaintiff hereby states that the Affidavit of qualified Gary Michaels, a <u>QUALIFIED</u> expert professional document examiner, who is certified and his credentials are herein included in this case (See his Affidavit. In **<u>Townsend</u>, 309 BR 179 - Bankr. Court,** WD Pennsylvania 2004 " The Court ruled, Although (THE AFFIANT IN THAT PARTICULIAR CASE) she initially testified that she is "certified" as a forensic document examiner, it was established at trial that she is not yet a candidate for board certification by NADE. This court permitted Ms. Greco to testify subject to consideration of the weight to be given her testimony or its being stricken in the event she does not qualify as an expert. We find that she does not so qualify and we therefore strike her testimony." This Court should permit Gary Michaels to testify and closely examine his qualifications and his certifications ARE PRESENTED where the weight of his evidence should be determined NOT this judge but a jury of Plaintiff's peers.

23.    If this Court fails to revoke this void judgment then this court is guilty of participating in an illegal foreclosure that is based upon forged and fraudulently created Promissory and Mortgage Note, assignments and even fraudulent notary's signatures. This Court has the power, duty and the authority under F.R.C.P. 60(d)(1) and (3) to void and revoke this illegal judgment obtained  through the misrepresentation and concealment of material facts and by creating fraudulent notes in order to give the appearance of legality. This Plaintiff is also seeking to restrain  Defendants' through a Temporary Restraining Order that prevents the conspirators from selling, converting adding the property on some sale list with and should

restore the Plaintiff's financial recoupment of the income that is being wrongfully denied Plaintiff.

24.     Justice Black even stated that the agencies of public justice are not so impotent that they must always be mute and helpless victims of deception and fraud. Justice Black even stated that tampering with the administration of justice as indisputable shown here involves far more than injury to a single litigant.

25.     It is a wrong against the institutions set up to protect and safeguard the public institutions in which fraud cannot complacently be tolerated consistent with good order or society. In another United States Supreme Court decision, **Universal Oil Products v. Root Refining Co.,** 328 U.S. 575 (1945), cited the Hartford case and said at page 580,

26.     "The inherent power of a federal court to investigate whether a judgment was obtained by fraud is beyond question." A judgment procured by fraud on the court and should be vacated regardless of its age. **Hazel-Atlas v. Hartford-Empire, 322 U.S. 238** (1944) and in **Aoude v. Mobil Oil Corporation,** 892 F. 2d 1115, 1121 (C.A. 1 1989) stated, " There is not the slightest unfairness in holding a litigant responsible for the bitter fruit of the scheme which he masterminded and in which they ...and their attorney(s) jointly participated.

## JUDICIAL EXPLANATION

## FRAUD UPON THE COURT

27.     Whenever any officer of the Court commits fraud including and not limited to the creation of forged and fraudulent documents, misrepresenting material facts, altering or destroying documents, fabricating false testimony to which these named defendants and

unnamed defendants in their prosecution of this instant case which a high class well organized enterprise to steal the Plaintiff's property and they are clearly engaged in "fraud on the court." **Bulloch v. United States,** 763 F.2d 1115 (C.A. 10 1985). It may be a fraud perpetrated by officers of the court so that the judicial machinery cannot perform in the usual manner its impartial task of adjudging cases that are presented for adjudication and that any intentional concealment or misgivings in any act which is contrary to impartial adjudication is guilty of aiding and abetting and is liable for their prejudicial bias and loses his/her immunity.

28.     Once fraud has been proven to the highest degree of certainty the court is bound to protect the due process rights of the individual where this individual has demonstrated clearly and convincingly that the collective Defendants has conspired in an organized substantive or procedural unconscionable scheme to interfere with the judicial system's ability to impartially to adjudicate this matter.[3] **Pearson v. First N.H. Mortgage Corp.,** 200 F. 3d (C.A. 1 NH 1999).

29.     The unclean hands doctrine is rooted in both law and equity. **Mallis v. Bankers Trust.** 615 F3d 68 (Ca2 NY 1980); **Bistricer v. Bistricer** 659 F. Supp. 215 (EDNY); **Craig V. Bank of New York** 169 F Supp 2d 202 (SDNY 2001).

30.     Where a suit in equity concerns the public interest, the courts of equity may appropriately aid where the wrongdoer is using the right asserted contrary to the public interest. **Morton Salt Co. v. G.S. Suppiger** 314 U.S. 488 (1942).

---

[3] Judicial Notice, Extrinsic fraud overrides the future defendants claim of invoking Rooker-Feldman, res-Judicata, Younger or even the Colorado River decision and any fallacious ruling of this Court to dismiss this Complaint based upon any of these preclusionary rules would be challenged to the Supreme Court. The ruling by the judiciary and incorrect interpretations of the laws and the creation of new rulings through case law must stop as well as the procedural and substantive unconscionability of the Power of Sale Clause.

31.     Both due to the inherent authority of this court, having equitable power as well as the reviewing the misconduct of this continuing conspiracy, making any statues of limitations inapplicable with respect toward sanctioning parties for such malicious misconduct and arguments such as not timely filed has no merit. **Foster v. Lewis,** 78 Nev. 330, 372 P.2d 679 (Nev. 6/19/1962.

## JURISDICTION AND VENUE

32.     This action arise under the United States Constitution, particularly, for violations of  Plaintiff' rights under the First, Fifth, Seventh and Fourteenth amendments; and, under Federal Law, as enumerated under 28 U.S.C. §§2201, 2202 for violating the due process rights of the  Plaintiff.

33.     This Court has original jurisdiction over Plaintiff's claim by operation of 28 U.S.C. §§1331 and, supplemental jurisdiction over Plaintiff's state Claims, pursuant to 28 U.S.C. §1367.

34.     This Court is vested with authority to issue the requested Declaratory Relief, pursuant to 28 U.S.C. §2201 and, as further under Rule 57, of the Federal Rules of Civil Procedure.

35.     This Court has the authority to issue relief from a Judgment under Federal Rules of Civil Procedure 60(d)(1) and (3) and pursuant to 28 U.S.C. §§2201 and 2201.

36.     This Court has the authority to award the requested Injunctive Relief, under Rule 65 of the Federal Rules of Civil Procedure, and pursuant to 28 U.S.C. §§2202.

37.     This Court has the authority to award Plaintiff, damages arising under violations of Title 15 U.S.C. §1692 §1692k(d). The jurisdiction of this Court is not disputed.

38.      Plaintiff avers venue is proper under 28 U.S.C. §1391 as the claims set forth in this complaint arose here, and because of information and belief of Plaintiff, most if not all of the defendants are located in and/or maintain a registered office within this venue.

39.      This Court has the right and duty to invoke sanctions under Federal Rules of Civil Procedure 11against these defendants for violating their Professional Codes of Conduct intentional, in a conspiratorial deliberate, malicious and fallacious misrepresentations and by attempting to steal Plaintiff's property through and by creating and submitting forged and fraudulent documents in numerous courts.

**40.**      This Court has the authority to void the Deed of Trust under Federal Rules of Civil Procedure 60(d)(1) and (3).

### lll. PARTIES

41.      Plaintiff repeats and incorporates the foregoing Paragraphs of this Civil Action Complaint as if they were printed verbatim herein below.

42.      DONDI STEVENS   (herein identified as "Plaintiff" and/or "Don") and at all times material and relevant hereto, is a consumer according to Title 15 U.S.C. (§1692(a) (3) [§803(3)] and is identified under §1692e (§807) as a "least sophisticated consumer" or even possibly the least susceptible consumer under (§1692(f) [§808] according to the act, and resides at 1248 North Marcos Road, Santa Barbara, California 93111and is alleged to be indebted (§1692a(5), [§803(5)],to the Defendants based upon forged and fraudulently produced documents.

43.     At all times material and relevant hereto,  Plaintiff is alleged to have owed a

"debt" ("transaction") of a personal, family, and/or household nature as defined by the FDCPA,

Title 15 U.S.C. §1692a(5) [§803(5)].

44.     At all times material and relevant hereto,  DESS RICHARDSON (Hereinafter known as

"Dess " or "debt collector" or "DR") and is an employee of the Ruzicka, Wallace & Coughlin, LLP

(hereinafter known as "RW") and lists their offices as the same of her employer as 16520 Bake Parkway,

Suite 280 Irvine, Calif. 92618 and is a debt collector pursuant to 15 U.S.C. §1692a(6),[§803(6)] and is not

exempt under §1692a(6)(F)(iii),[§803(6)(F)(iii). Defendant  DESS  collects consumer debt

§1692a(5),[§803(5)] for another by litigating debt foreclosure collection law suits against consumer(s)

identified pursuant to Title 15 U.S.C. §1692a(3), [§803 (3)] who have allegedly entered into a financial

transaction with some alleged creditor by purchasing debt portfolios with allegedly non-performing

mortgage debt depending on the marketability of the property for anywhere between 30 to 50% of the

market value and the profit is deposited into the RW's  account and divided among the participants

including the participating bank for allowing for their name to be used as the creditor.  RW and Dess are

notorious debt collector under §1692a(6), [§803(6)] and principle in the law office of The RW a

substantial debt purchasing law firm and a principle part of their business is the purchase of alleged

defaulted mortgage or non-performing mortgage and falsely claim that the RW  is representing the

alleged creditor (US Bank) through the creation of forged and fraudulent assignment(s) by Mortgage

Electronics Registration Systems giving the appearance of legality the name of an alleged creditor to use

as a plaintiff in the foreclosure action.

45.     Mortgage Electronics Registration Systems (future defendant) also acts as a

policeman guarding against two or three debt purchasers foreclosing at the same time on the

same property besides saving millions of dollars in recording fees and the fact of courts

21

accepting a private corporation assignments, owned by the Banks and the debt purchasers over the Recorder of Deeds is a true indicator on rating of the American judicial system itself.

46.     At all times material and relevant hereto, Defendant, Ruzicka,Wallace & Coughlin, LLP.  (Hereinafter known as "RW") and listing as their corporate offices at 16520 Bake Parkway, Suite 280 Irvine, Calif. 92618 and is a debt collector (and/or debt purchaser) pursuant to 15 U.S.C. §1692a(6),[§803(6)] and is not exempt under §1692a(6)(F)(iii),[§803(6)(F)(iii). Defendant RW does collect consumer debt in the form of mortgage foreclosures by evicting the owners and often times through forged and fraudulently created forged and fraudulent Deed of Trust, ( "confession of judgment and/or  a Cognovit note)  §1692a(5),[§803(5)] for another by litigating debt foreclosure collection law suits against consumer(s) identified pursuant to Title 15 U.S.C. §1692a(3), [§803 (3)] who have allegedly entered into a financial transaction with some alleged creditor  or some debt purchasing company to which RW and DESS are trying to foreclose on the property. RW's law office advertisements list creditor litigation, and their reputation as a debt collector is highly known in the area and is classified as a debt collector under §1692a(6), [§803(6)] and  is a substantial part of RW's income is derived from debt collection practices as for their services as in, collections, creditor rights, lender litigation, and to debtor/ creditor relations.

47.     At all times material and relevant hereto US BANK NATIONAL ASSOCIATION, (Hereinafter referred to as US Bank or Bank) currently lists their business address as C/O 8950 Cypress Waters Boulevard, Coppell, Texas 75019 and their legal representative is listed in paragraph 47 above as 16520 Bake Parkway, Suite 280 Irvine, Calif. 92618 and are a willful participant in this illegal foreclosure case and is hereinafter as §1692a(6)

debt collector trying to collect upon an fraudulent debt or (transaction) §1692a(5) [§803(5)] by obtaining the alleged debt (§1692a(5), or assignment well after sixty days in default which makes US Bank a debt collector under (§1692a(6)(F)(iii), [(§803(5)] for obtaining the debt (§1692a(5). Plaintiff is aware of the creditor's status pursuant to §1692a (6)(F)(ii), [§803(6)(F)(ii)] but anyone who obtains an debt after default is a debt collector and loses their exemption as a creditor.

48.     US Bank is a debt collector and the respondent superior masters in this case and loses any creditor status for accepting or obtaining the alleged debt after 60 days in default. US Bank under §1692a (6)(F)(ii) and (iii) §803a(6)(F)(ii)(iii)] and under the FDCPA is illegally allowing their name to be used when the lapse of time makes it impossible that U.S. Bank could ever regain the creditor status and the only position in this case is to allow Dess, RW, Bank and Dudley to fabricate false and misleading information masquerading as a creditor when the alleged creditor participated in collecting upon a fraudulent claim through Mortgage Default insurance and fraud upon the courts which will be discovered through dispositions.

49.     Joyce E. Dudley, District Attorney is participating as a debt collector trying to evict Don from his home when she knew or should have known that the foreclosing notes can't be the original notes or genuine due to the nature or the internal operations of the banking system. (Hereinafter referred to as "JD") is participating in the illegal eviction process thus violating Title 15 U.S.C.§§1692 e(4), (2)(A), (5), (10) (13), §1692f(1), §1692j and §1692d by threatening incarceration if Don does not abandon his property in favor of the debt collectors based upon forged and fraudulently created notes.

## BREIF HISTORY OF THE CASE

50.     This case could be very complex with underground cavities extending to the far corners of the universe but this would be unnecessary to waste the Court's and Don's time when this case should be one of the simplest cases ever to be determined.

51.     In the judicial Notice based upon the Plaintiff's knowledge, beliefs, understanding and information that defendants US Bank,, RW, Dess and JD are attempting to illegally send Don to prison for his defense of his property when Don stated numerous times that the notes were illegally obtained.

52.     Being the Promissory note has never been referenced by any of these Defendants over the strong objection of this Plaintiff and their attorneys that the original promissory note does not exist or another possibility is that the original note was destroyed as referenced through the process of monetization as three professional expert witnesses' will testimony to..

53.     Without the production of the genuine original promissory note it's possible that the note was illegally or mistakenly deposited in a liability credit account.

54.     If this court would allow a neutral CPA or a Federal Reserve former Bank auditor to search for the missing promissory note and if by chance that it is miraculously found in the liability account we need not look anymore for we have solved this case.

55.     This theory is not new science for this type of auditing has been going on for hundreds of years and this system is being used by every corporation in the United States, the United States government, Corporations, and even the Federal Reserve Banks but the only non-participating party in this new phenomenon are the courts.

56.     The current foreclosing documents that were examined  by Mortgage Defense System shows unmistakable evidence of manipulation, a high degree of compression ranging from 15 to 30 to one which points to direct evidence of cut and pasted, Digitally Computer

Manipulated and cut and pasting of signatures of the alleged signatures of the alleged

Mortgagors which completely destroys any ability to exercise any Deed of Trust against Don

when it is obvious that the signatures in fact were not the mortgagors as claimed by these

rapacious attorneys.

57.     The Forensic Document Examiner, from Mortgage Defense Systems will be able

to support this information in and under their cross-examination in any court to the highest

degree of certainty.

58.     An officer of Mortgage Defense Systems is able and willing to testify before this

Court and duplicate his report by using the same equipment that he used to obtain the complete

report.

59.     In this instant case the documents purportedly to be the original Deed of Trust and

Promissory notes used in this case to foreclose are without a doubt have been digitally altered

and/or created and are not genuine or original documents as required under the terms and

conditions of the Deed of Trust.

60.     Under the Federal UCC 3-308, being that the Plaintiff has stated at all times

material and relevant hereto that Defendants do not have the original genuine documents and

cannot prove that Plaintiff has never executed any indebtedness documents with any of these

defendants, the collective defendants have violated all the mentioned violations of the FDCPA.

## FIRST CLAIM FOR RELIEF

## FDCPA VIOLATIONS OF §1692e,[§807]

61.     Plaintiff hereby incorporates all the paragraphs above herein as if they were

spoken word for word herein.

62.     Defendants Dess, RW, JD under a direct order from US Bank to use the U.S. Mail for the purpose of executing a scheme or artifice to defraud and Plaintiff of property by mailing forged and fraudulently created documents to the Plaintiff and filing these documents in the Recorder of Deeds Office and committed fraud upon the court thus violating 15 U.S.C. §§ 1692d(1), 1692 e(5) and (10).

63.     Defendants Dess, RW , JD, and Bank under direct order from US Bank made false misrepresentations to Plaintiff through the use of the U.S. Mail to obtain money or property is a violation of 15 U.S.C.§§ 1692e(2)(A), 1692e(5) (10).

64.     Defendants DESS RW, JD and US Bank knew or should have known that the FDCPA strictly prohibits mailing forged and fraudulently created documents threatening or institute procedures to seize, sell, or garnish the debtor's property when no legal authority existed to exercise such action and in the process has violated Title 15 U.S.C. § 1692d(1), [§806(1)], 1692e(5),e (2) (A), e(4) and (10), [§807(10)].

## SECOND CLAIM FOR RELIEF

## FORGERY AND FRAUDULENTLY CREATION OF THE DEED OF TRUST

**73.** Plaintiff hereby incorporates the above paragraphs as if they were stated herein verbatim.

74. On February 18, 2017 Plaintiff hired Mortgage Defense Systems to investigated the authenticity of the Note and DOT being presented and misrepresenting that they are the holder of the notes having the rights to foreclose which was proven to be forged and fraudulently created making the attempted execution of the Power of Sale Clause void and a nullity and any judgment or decision of this court would render it not worth the

paper that it is written on having violated all the specific violations mentioned in paragraph 79.

**75.** Please find the list of equipment used in the document examination.[4]

76. In numerous court hearings to be produced will prove that the U.S. Mail was used to illegally serve fraudulent documents upon Plaintiff and that contained not only forged and fraudulent documents but served misinformation and threatening incarceration made by JD on numerous occasions thus violating all the violations listed in paragraph 77.

77. The Promissory Note and the DOT did not contain the original executed signature of the Plaintiff thus proving that the foreclosing Deed of Trust was a forgery and fraudulently created in order to take possession of the property without just compensation through the of incarceration.

78. US Bank, RW, Dess and JD knew or should have known that the lack of original signature on either document should permit this court reason to doubt the legality of this foreclosure sale in the first place,

79. The Preliminary Report executed by Michael Paoletta from Mortgage Defense Systems that the notes in question are not the original notes, has been affixed to the counterfeited documents through cut and pasting, duplication, cloned and

---

[4] The professional equipment used by MDS in this current case, Plaintiff andvs. Defendants GW, RK and US Bank are as follows, Trinocular Stereo Microscope SE 305-15-45/ MiScope UVIR Ultra Violet Infra-Red Full Spectrum Comparator, / Photographic Macro Close up 40X with CM Pixel Analysis/ Pro-Scope Mobile Photographic Microscope/ Zarebeco Portable spectrum Comparator/ Nikon Digital spectrum UVIR HD Camera 105Plaintiff Lens Macro Close Up/ Forensic Beta Photographic Meta Data analysis Imaging Clone Detection Software. The parameters of my analysis that I used in this scientific forensic examination and investigation is in accordance with the guidelines standard of the ASTM, American Society of Testing Materials E2290-07 formerly governed under the jurisdiction E30.02. (The new equipment has arrived and is operational but because of no fault of our own the new equipment is not capable of printing the results but we have expert installers attempting to fix the problem.

counterfeited.[5], and is just a clone thus violating §1692e(2)(A),[§807(2)(A)];

§1692e(3), [§807(3)]; §1692e(4), [§807(4)]; §1692e(5), [§807(5)]; §1692e(8),

[§807(8)]; §81692e(10), [§807(10)]; §1692e(11), [§807(11)], §1692e(13), [§807(13)];

§1692f(1), [§808(1)];§1692k, [§813d(2)(3)].

80.    The following documents in Plaintiff's Exhibit P-1 are as follows and are a

violation of all the mentioned violations in paragraph 79 and the documents were forged, cloned

and fraudulently created documents (See Preliminary Report of Michael Paoletta and expert

witness and the attached notarized Affidavit of Gary Michaels (Exhibit P-2) that have supported

the findings in the preliminary affidavit.

81.    Upon using our current equipment we were able to make the determination

through an examination that the Deed of Trust dated Aril 7, 2005 was forged, cloned

fraudulently created compressed documents as evidenced by the Photo Shop software which is

accurate to the highest degree of certainty and has violated all the mentioned violations in

paragraph 80.

80.    Dess, RW, US Bank and JD and   are attempting to collect upon a contingent and

an illegally vapor Promissory Note and Deed of Trust  that is not in compliance with the

negotiability and enforcement provisions of the Federal UCC §§403 & 409,  §403-104(a) and in

the process have violated Title 15 U.S.C. §1692 §1692d(1), [§806d(1)] §1692e(2)(A)

[§807e(2)(A)], §1692e(3)[§807e(3)], §1692e(4)[§807e(4),] §1692e(5) [§807e(5),

---

[5] Examine the Deed of Trust  and notice the fraud  that was created by these Defendants when they created
these forged and fraudulent documents through the software known as "Photo Shop". These lines are created by
trying to place signatures and other placement of relevant parts which are invisible to the naked eye proving that this
document and every document hereinafter is a forged, cloned and fraudulently created document in order to give the
appearance of legality when invoking the Borrower's Covenant.

§1692e(8)[§807e(8)], §1692e(10)[§807e(10), §1692e(13)[§807(13)], §1692f(1)[808f(1).
§1692j[§812].

82.  The collective defendants named in paragraph 81 above  have violated Title 15
U.S.C. §1692 by forcing Plaintiff to defend this frivolous case thus using their valuable time,
money when the defendants knew of should have known that their actions were based upon
forged and fraudulent documents forcing Plaintiff  to spend thousands of dollars trying to save
their home from these violators of the FDCPA for taking legal actions on the non-existent
contingent and cognovit notes (fraudulently created) in question are defective and  nothing more
than a nullity, void and uncollectable which is in violation of including and not limited to Title
15 U.S.C. §1692 §§1692d(1), [§806d(1)] §1692e(2)(A) [§807e(2)(A)], §1692e(3)[§807e(3)],
§1692e(4)[§807e(4),] §1692e(5), [§807e(5), §1692e(8)[§807e(8)], §1692e(10)[§807e(10),
§1692e(13)[§807(13)], §1692f(1)[§809(1) .

## FOURTH CLAIM FOR RELIEF

## FAIR DEBT COLLECTION PRACTICES ACT

83.      Plaintiff repeat, allege and incorporate the above referenced paragraphs herein.

84.       On September 30, 2016, Joyce E. Dudley sent Complaint for violating PC
602(m) and is threatening incarceration on October 19, 2016 for an unlawful detainer when
Defendant Dudley is a willful participant in using forged and fraudulent Deed Of Trust to
exercise an illegal Power of sale Clause forcing the collection of a debt through the taking of the
property thus violating al the mentioned violations in paragraphs 79 and 81 and violated Title 15
U.S.C. §1692e (2) (A) by not proving the character, the legal amount and legal status of the
alleged debt.

85.     Dess, RW, US Bank and JD have violated §1692e (5) by taking foreclosure action that could not legally be taken without proving who, suffered any detrimental financial damage through an examination of any records to the actual damage suffered by any of these defendants but these shyster rapacious attorneys are trying harder everyday to steal the property of Plaintiff thus violating all the violations in paragraph 79 and 82 and the only sure way of establishing financial damage is for the holder of the notes to prove his contentions and that magical feat is an impossibility because of the operations of the banking industry.

86.     Defendants Dess, RW, US Bank and JD have willfully, intentionally and wantonly conspired together to violate Title 15 U.S.C. §1692e(2)(A) [§807(2)(A)], §1692e(3) [§807(3)], §1692e(4) [§807(4)] §1692e(8)[§807(3)] and §1692f(1) §808(1) by improperly verifying the files by making an professional opinion based on the review of a computer print-out which does not provide sufficient information to prove the debt at trial.

87.     Plaintiff hereby state herein and verbatim all of the above paragraphs as if they were stated herein word for word and become a part of this complaint.

88.     Plaintiff demands a full accounting to determine how many times Plaintiff' note(s) were monetized (copied) securitized; and further demands ownership of the profits.

89.     Plaintiff demands a full accounting of all monies earned by trading the notes in the stream of commerce.

90.     Plaintiff demand complete disgorgement and a full accounting of all Monies earned using the property as in recoupment to the rightful owner which is Plaintiff.

91.     Once the Deed of Trust has been securitized; by law it no longer exists as a negotiable instrument for it has been converted by the Depository Trust Corporation into a stock

certificate thus destroying its negotiability. Therefore it would be an impossibility to remove it when it has been destroyed and any attempt to remove it would be an income tax and a securities violation.

WHEREFORE DEMANDS,

92.    Plaintiff's demand the return of each and every created Promissory and Deed of Trust that were fraudulently created by the closing entity under orders from respondeat superior US Bank and RW.

93.    The collective defendants are intentionally and deceptively concealing that the fraudulently obtained instruments were created and unilaterally sold and deposited into the stream of commerce for their unjust enrichment.

94.    Plaintiff demand punitive damages which are offered in all fraud claims.

95.    Plaintiff's demand a research of the digitally stored bank containing hundreds of thousands of signatures illegally stored in order to create these forged and fraudulent documents on order from the new owner of the fraudulent notes, US Bank or DW, Dess and JD.

96.    That judgment be entered against Dess, RW, JD and US Bank for actual damages (Ten Million Dollars) pursuant to 15 U.S.C. § 1692k (a) (1);

97.    Plaintiff pray that judgment be entered against aggregate defendants  for statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A);

98.     Plaintiff pray that the Court awards costs and reasonable attorney's fees (when and if applicable) pursuant to U.S.C. §1692k(a)(3);

99.     This Court must accept all the allegations in this Complaint as true and this Court must admit there are at least six claims for Relief that can be granted and all it takes is one claim.

100.     Plaintiff reserve the right to file an amended complaint and submit other affidavits from retired banking executives, accountants and other expert witnesses and well as the forensic examiners that prepared this audit.

101.     All documents showing proper assignments to the Plaintiff so the property is legally in their ownership to with it in any fashion that they may desire.


**JURY TRIAL DEMANDED.**


Respectfully Submitted,



Dondi Stevens


CERIFICATE OF SERVICE

The following names have been served on this day, March 7, 2017 by a courtesy copy by FAX, or EMAIL or by U.S. Prepaid Mail to the addresses listed below.  Plaintiff will hire a professional server to serve this Complaint but this is just a courtesy copy to inform the Defendants that they have violated Title 15 U.S.C. §1692 et.seq.

U.S. Bank National Association
C/O Ruzicka, Wallace & Coughlin, LLP
16529 Bake Parkway
Irvine, California, 92618

Ruzicka, Wallace & Coughlin, LLP
16520 Bake Parkway
Irvine, California, 9261

Joyce e. Dudley
Santa Barbara Office
1112 Santa Barbara Street
Santa Barbara, CA 93101

Ruzicka, Wallace & Coughlin, LLP
Dess Richardson, Esquire
16520 Bake Parkway
Irvine, California 92618

Dondi Stevens or Don Christopher Stevens

# AFFIDAVIT OF MICHAEL PAOLETTA
## OWNER OF MORTGAGE DEFENSE SYSTEMS

TO.   The Federal District Court of California
      My Affidavit in regards to Don Stevens.

Please accept this as a preliminary findings report on the Deed of Trust and other supporting documentations used in the foreclosure action, sale, eviction and possible incarceration of Don Stevens for unlawful detainer. Based upon our findings we have concluded to the highest degree

of certainty that the documents used in the Power of Sale Clause in the foreclosure action against Don Stevens were not original and were not even copies of the originals but were forged, fraudulent and counterfeited documents that were used to injure Don Stevens.

Based upon our review the documents were cut and pasted, fabricated, cloned and compressed at ratio's of 10 to 30 to (1) one clearly establishing that the actions taken by these attorneys were not based upon the genuine signature of Don Stevens for they were created and cut and pasted and the documents were not legal documents due to the fabrication of said documents.

Our formal report has been just completed sooner than expected and please find the Affidavit of Gary Michaels enclosed and identified as Plaintiff's Exhibit P-2. The findings in the Preliminary report have been substantiated by the formal Affidavit of Affiant Gary Michaels and these results can and will be without any doubt duplicated in any court house in California.

Looking forward to being an expert witness for the Plaintiff and answer any questions under cross-examination in the name of justice, truth and an honest conclusion to this case.

Thank-you for your consideration

Michael Paoletta, Mortgage Defense Systems

MECHANICSBURG, PENNA.

COUNTY OF CUMBERLAND

I, Michael Paoletta, being duly sworn, affirm and declare that I have prepared this Affidavit of my own free will and that I composed its contents based upon my understanding, knowledge, information and beliefs and that I have read the foregoing Affidavit in support of Don Stevens Preliminary Report that the findings support and to the highest degree of certainty that the documents in question were forged and fraudulently created through a software package as Photoshop where Don Stevens' signatures were cut and pasted, fabricated, cloned and were not original and these findings should be considered in ruling on the present case. Please find enclosed Plaintiff's Exhibit P-2, the verified Affidavit of document examiner, Gary Michaels having forty years of experience The findings herein were prepared by myself and are based upon to the best of my knowledge, understanding, information and belief on the preliminary report and were just recently verified by Gary MIchaels.

_Michal Poolett_

Signature

Subscribed and sworn to before me this _10th_ day of March, 2017.

_Kimberly A. Maher_

Notary Public

My Commission Expires: _Nov 9, 2019_

Commonwealth of PA
NOTARIAL SEAL
Kimberly A. Maher, Notary Public
Upper Allen Twp., Cumberland County
My commission expires Nov. 9, 2019

# California Jurat Certificate

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**State of California**

**County of** Santa Barbara                    } s.s.

Subscribed and sworn to (or affirmed) before me on this 10th day of March,
                                                                              Month

20 17, by Don Christopher Stevens                                              and
             Name of Signer (1)

_____, proved to me on the basis of
                  Name of Signer (2)

satisfactory evidence to be the person(s) who appeared before me.

_____
         Signature of Notary Public

EVAN EWERT
Notary Public - California
Santa Barbara County
Commission # 2163292
My Comm. Expires Aug 21, 2020

_____
For other required information (Notary Name, Commission No. etc.)

Seal

---------------------- OPTIONAL INFORMATION ----------------------

*Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this jurat to an unauthorized document and may prove useful to persons relying on the attached document.*

## Description of Attached Document

The certificate is attached to a document titled/for the purpose of

Verified Complaint

containing 35 pages, and dated _____

**Additional Information**

Method of Affiant Identification

Proved to me on the basis of satisfactory evidence:
○ form(s) of identification  ○ credible witness(es)

Notarial event is detailed in notary journal on:

Page # _____ Entry # _____

Notary contact: _____

Other

☐ Affiant(s) Thumbprint(s)  ☐ Describe: _____

_____



1





# FORGERY FRAUD

FORENSIC DOCUMENT EXAMINATION
DIGITAL IMAGE EXTRACTION ANALYSIS
INVESTIGATION . CONSULTING
P.O. BOX 352023 WESTMINSTER, CO 80239
1925 WEST 102ND AVE STE 1 THORNTON, CO 80260
PHONE: 303-952-9910

**INTERNATIONAL**
Standards Worldwide

## GARY MICHAELS, FDE, DABFE 114768
### FORENSIC DOCUMENT EXAMINER
DIGITAL IMAGE EXTRACTION ANALYST

# FORENSIC EXAMINATION REPORT

IN REGARD

**DEED OF TRUST** DATED: APRIL 7, 2005
**FIXED ADJUSTABLE RATE RIDER** DATED: APRIL 7, 2005
**INTEREST-ONLY ADDENDUM** DATED: APRIL 7, 2005
**TO ADJUSTABLE RATE RIDER**

PROPERTY ADDRESS
1248 NORTH SAN MARCOS ROAD,
SANTA BARBARA, CALIFORNIA 93111

CLAIMED TO BE IN THE NAMES OF

**DONDI STEVENS**

NOMENCLATURE

1. COVER
2. NOMENCLATURE
3. AFFIDAVIT 1 of 2
4. AFFIDAVIT 2 of 2 with Notary
5. **DEED OF TRUST** Dated: April 7, 2005 / Presented as Original
6. DEED OF TRUST SIGNATURE Page 11 of 11 / Presented as Original
7. DEED OF TRUST / Evidence of a CLONE DUPLICATION / Fraudulent
8. DEED OF TRUST SIGNATURE IN QUESTION OF: DONDI STEVENS
Figure 1:  Presented as Original
Figure 2:  Signature edited by Photoshop or a related software / DONDI STEVENS Signature Fraudulent
9. **FIXED/ADJUSTABLE RATE RIDER Page 1 of 3**
10. FIXED ADJUSTABLE/RATE RIDER SIGNATURE Page 3 of 3 / Presented as Original
11. PHOTOCOPY DETECTION
Figure1: Original Image
Figure 2: Marked Region Edited by Photoshop or related software
Figure 3: Duplicated Regions / Conclusion: Fraudulent
12. QUESTIONED SIGNATURE OF DONDI STEVENS
Figure 1: Presented as Original
Figure 2: CLONED DUPLICATION of DONDI STEVENS Signature / Fraudulent
13. INTEREST-ONLY ADDENDUM TO ADJUSTABLE RATE RIDER / Presented as Original
14. PHOTOCOPY DETECTION of INTEREST ONLY ADDENDUM TO ADJUSTABLE RATE RIDER
Figure 1: Presented as Original
Figure 2: Edited Regions by Photoshop or a related software
Figure 3: Duplicated Region / Conclusion: Fraudulent
15. INTEREST-ONLY ADDENDU, TO ADJUSTABLE RATE RIDER / CLONE DUPLICATION /
Fraudulent

**3**

AFFIDAVIT OF
GARY MICHAELS
1 of 2

I, Gary Michaels, FDE, DABFE, 114768, Certified Forensic Document Examiner and Digital Image Extraction Analyst do make this statement made and retained by and in regard to the questioned signature of DONDI STEVENS. The Property Address of: 1248 San Marcos Road, Santa Barbara, CA 93111.

I was retained to examine the questioned following:
DEED OF TRUST Dated: April 7, 2005
FIXED ADJUSTABLE RATE RIDER Dated: April 7, 2005
INTEREST ONLY TO ADJUSTABLE RATE RIDER Dated: April 7, 2005

I was to conclude a neutral non-bias conclusion as to the authenticity or if the following questioned documents submitted as claimed are genuine or are fraudulent..

The forensic examination and digital image extraction analysis were performed in a non-destructive protocol in accordance to the ASTM, American Society of Testing Materials standards and guidelines E2290-07 formerly under the jurisdiction of #30.02 on all questioned documents. The Daubert Ruling meeting all federal rules of discovered evidence 702 and rule 60(b)(3) to permit a judgment to be set aside for fraud whether the fraud is intrinsic or extrinsic. Furthermore  in accordance with the ABFE, American Board of Forensic Examiners and neutral conclusions made herein.

There is irrefutable direct evidence of several digital anomalies found that have been created by Photoshop or by a related software using cut & paste importation from photocopying, and grabbing by digital cut and paste from a previous unknown source or from an non-disclosed image bank so as to do clone duplications, including all content at will.

The questioned documents are found to be counterfeit and are not genuine or original. This is Entrinsic fraud upon the court from the destruction of the genuine questioned documents and to deprive the opportunity of explanation to be heard on the evidence The evidence is irrefutable of fraudulent created documents. Furthermore this is intrinsic fraud to mislead the court to find the parties perpetrating the fraud.

The evidence is relevant and goes to the heart of the matter and it is not the basis for objection of discovery of evidence and the court should admit such evidence into the record.

**4**

# AFFIDAVIT OF
# GATY MICHAELS
## 2 of 2

The questioned signature of DONDI STEVENS shows irrefutable proof that the questioned signature is not genuine or original "wet Ink" signatures but rather are fraudulent. The claimed questioned documents of having original wet ink signature of Dondi Stevens are not original wet ink signatures because of indications of no wetting of the paper fiber. There is irrefutable evidence of extreme signature compression on the signatures.

Furthermore there is no proof of any Standing because there are no submitted existing original documents. Any photocopy of such documents are counterfeit, and Extrensic / Intrinsic Fraud upon the court by Photoshop or a related software. The questioned NOTE document and attachments show clear evidence of fraudulent inserted digital anomalies and is therefore declared to be fraudulent and a forgery.

Further Sayeth Naught:

Signed: _Gary Michaels_____ Date: March 8, 2017

GARY MICHAELS, FDE, DABFE, 114768
**Forensic Document Examiner and Digital Image Extraction Analyst**

Witness my hand and Official Seal Notary Official Signature _Dominic Z. Villagomez_
SEAL

DOMINIC ZACHARY VILLAGOMEZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20154033033
MY COMMISSION EXPIRES AUGUST 20, 2019

2005-0035297

|  | REC FEE | 52.00 |
| Recorded Official Records County Of SANTA BARBARA JOSEPH E. HOLLAND Recorder | | |

08:00AM 19-Apr-2005   CCD
  Page 1 of 16

RECORDING REQUESTED BY
FIRST AMERICAN TITLE

WHEN RECORDED RETURN TO:
METROCITIES MORTGAGE, LLC
ATTN: DOCUMENT CONTROL
15301 VENTURA BLVD. SUITE D300
SHERMAN OAKS, CALIFORNIA 91403

MERS MIN NO. 100034200002384820

2604784                  [Space Above This Line For Recording Data]

**DEED OF TRUST**                                      LOAN NO. 21034889

**DEFINITIONS**

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "**Security Instrument**" means this document, which is dated **APRIL 7, 2005**                      , together with all Riders to this document.
(B) "Borrower" is
    **DONDI STEVENS, A SINGLE MAN**

Borrower is the trustor under this Security Instrument.
(C) "**Lender**" is
**METROCITIES MORTGAGE, LLC**
Lender is a **LIMITED LIABILITY COMPANY**
organized and existing under the laws of        **DELAWARE**
Lender's address is   **15301 VENTURA BLVD. SUITE D300, SHERMAN OAKS, CA 91403**
Lender is the beneficiary under this Security Instrument.
(D) "**Trustee**" is FIDELITY NATIONAL LOAN PORTFOLIO SOLUTIONS, A CALIFORNIA CORPORATION
(E) "**MERS**" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is the beneficiary under this Security Instrument. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, Michigan 48501-2026, tel. (888)679-MERS.
(F) "**Note**" means the promissory note signed by Borrower and dated **APRIL 7, 2005**
The Note states that Borrower owes Lender
**FIVE HUNDRED TWENTY THOUSAND AND 00/100**
Dollars.  (U.S. $ 520,000.00          ) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than **MAY 1, 2035**.
(G) "**Property**" means the property that is described below under the heading "Transfer of Rights in the Property."
(H) "**Loan**" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.
(I) "**Riders**" means all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower [check box as applicable]:

| [x] Adjustable Rate Rider | [ ] Condominium Rider | [ ] Second Home Rider |
| [ ] Balloon Rider | [ ] Planned Unit Development Rider | [ ] Biweekly Payment Rider |
| [x] Other(s) [specify] | [ ] 1-4 Family Rider | [ ] Prepayment Penalty Rider |

**LEGAL DESCRIPTION ATTACHED**
**INTEREST-ONLY ADDENDUM TO ARM RIDER**

CALIFORNIA - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT                Page 1 of 11                Form 3005 1/01
MERS3DEED

Loan Number 21034889

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

Witnesses:

_____ _____(Seal)          _____ _____(Seal)
DONDI STEVENS                              Borrower                                                    Borrower

_____ _____(Seal)          _____ _____(Seal)
                                         Borrower                                                    Borrower

_____ _____(Seal)          _____ _____(Seal)
                                         Borrower                                                    Borrower

_____ _____(Seal)          _____ _____(Seal)
                                         Borrower                                                    Borrower

[Space Below This Line Reserved For Acknowledgement]

STATE OF _CALIFORNIA_____ )
                                 ) SS
COUNTY OF _SANTA BARBARA_____ )

On _APRIL 12_, 20 _05_, before me, _J. JONES_____
     Date        Year                    Name, Title of Officer

personally appeared _DONDI STEVENS_____
                    NAME(S) OF SIGNER(S)

_____

[ ] personally known to me          -OR-          [X] proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal

_____
Signature of Notary

CALIFORNIA - Single Family - Fannie Mae/Freddie Mac UNIFORM ISTRUMENT          Page 11 of 11          Form 3005 1/01
MERSDEED



BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

Witnesses:

DONDI STEVENS

_____ (Seal)
                          Borrower

_____ (Seal)
                          Borrower

_____ (Seal)
                          Borrower

_____ (Seal)
                          Borrower

_____ (Seal)
                          Borrower

_____ (Seal)
                          Borrower

_____ (Seal)
                          Borrower

_____ (Seal)
                          Borrower

[Space Below This Line Reserved For Acknowledgement]

STATE OF _CALIFORNIA_ )
                       ) ss
COUNTY OF _Santa Barbara_ )

On _APRIL 12_, 20 _05_, before me, _J. Jones_
       Date        Year              Name, Title of Officer

personally appeared _Dondi Stevens_
                     NAME(S) OF SIGNER(S)

☐ personally known to me

-OR-

☒ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Signature of Notary

[Notary Seal: J. JONES, Commission # 1000000, Notary Public - California, Santa Barbara County, My Comm. Expires ...]

CALIFORNIA - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
INITIALIZED

Page 11 of 11

Form 3005 1/01

DEGENERATION OF LINE QUALITY OF THE SIGNATURE



DONDI STEVENS                          8



# FIXED/ADJUSTABLE RATE RIDER

**(LIBOR One-Year Index (As Published In *The Wall Street Journal*) - Rate Caps)**

**LOAN NO. 21034889**

THIS FIXED/ADJUSTABLE RATE RIDER is made this **7TH** day of **APRIL**, **2005** , and is incorporated into and shall be deemed to amend and supplement the Mortgage, Deed of Trust or Security Deed (the "Security Instrument") of the same date given by the undersigned (the "Borrower") to secure Borrower's Fixed/Adjustable Rate Note (the "Note") to

**METROCITIES MORTGAGE, LLC**

(the "Lender") of the same date and covering the property described in the Security Instrument and located at:

**1248 NORTH SAN MARCOS ROAD
SANTA BARBARA, CA 93111**

[Property Address]

**THE NOTE PROVIDES FOR A CHANGE IN BORROWER'S FIXED INTEREST RATE TO AN ADJUSTABLE INTEREST RATE. THE NOTE LIMITS THE AMOUNT BORROWER'S ADJUSTABLE INTEREST RATE CAN CHANGE AT ANY ONE TIME AND THE MAXIMUM RATE THE BORROWER MUST PAY.**

**ADDITIONAL COVENANTS.** In addition to the covenants and agreements made in the Security Instrument, Borrower and Lender further covenant and agree as follows:

**A. ADJUSTABLE RATE AND MONTHLY PAYMENT CHANGES**

The Note provides for an initial fixed interest rate of **5.625** %. The Note also provides for a change in the initial fixed rate to an adjustable interest rate, as follows:

**4. ADJUSTABLE INTEREST RATE AND MONTHLY PAYMENT CHANGES**

**(A) Change Dates**

The initial fixed interest rate I will pay will change to an adjustable interest rate on the first day of **MAY**, **2015** , and the adjustable interest rate I will pay may change on that day every 12th month thereafter. The date on which my initial fixed interest rate changes to an adjustable interest rate, and each date on which my adjustable interest rate could change, is called a "Change Date."

**(B) The Index**

Beginning with the first Change Date, my adjustable interest rate will be based on an Index. The "Index" is the average of interbank offered rates for one-year U.S. dollar-denominated deposits in the London market ("LIBOR"), as published in *The Wall Street Journal*. The most recent Index figure available as of the date 45 days before each Change Date is called the "Current Index."

If the Index is no longer available, the Note Holder will choose a new index which is based upon comparable information. The Note Holder will give me notice of this choice.

MULTISTATE  FIXED/ADJUSTABLE  RATE  RIDER - WSJ One-Year  LIBOR - Single  Family - Fannie  Mae UNIFORM  INSTRUMENT

FNMA3187 (05/02)                     Page 1 of 3                     FORM 3187 6/01

**10**

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law. Lender also shall not exercise this option if: (a) Borrower causes to be submitted to Lender information required by Lender to evaluate the intended transferee as if a new loan were being made to the transferee; and (b) Lender reasonably determines that Lender's security will not be impaired by the loan assumption and that the risk of a breach of any covenant or agreement in this Security Instrument is acceptable to Lender.

To the extent permitted by Applicable Law, Lender may charge a reasonable fee as a condition to Lender's consent to the loan assumption. Lender also may require the transferee to sign an assumption agreement that is acceptable to Lender and that obligates the transferee to keep all the promises and agreements made in the Note and in this Security Instrument. Borrower will continue to be obligated under the Note and this Security Instrument unless Lender releases Borrower in writing.

If Lender exercises the option to require immediate payment in full, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Fixed/Adjustable Rate Rider.

_____ (Seal)      _____ (Seal)
                               -Borrower                                        -Borrower

**DONDI STEVENS**

_____ (Seal)      _____ (Seal)
                               -Borrower                                        -Borrower

*[Sign Original Only]*

MULTISTATE FIXED/ADJUSTABLE RATE RIDER - WSJ One-Year LIBOR - Single Family - Fannie Mae UNIFORM INSTRUMENT
FNMA3187 (05/02)            Page 3 of 3            FORM 3187 6/01

46



12



## DONDI  STEVENS



MERS MIN 100034200002384620                    LOAN NO. 21034889

## INTEREST-ONLY ADDENDUM
## TO ADJUSTABLE RATE RIDER

PROPERTY ADDRESS:
1248 NORTH SAN MARCOS ROAD
SANTA BARBARA, CA 93111

THIS ADDENDUM is made this 7TH   day of   APRIL, 2005       , and is incorporated into and intended to form a part of the Adjustable Rate Rider (the "Rider") dated the same date as this Addendum executed by the undersigned and payable to
METROCITIES MORTGAGE, LLC
(the Lender).

THIS ADDENDUM supersedes Sections 4(C) of the Rider. None of the other provisions of the Note are changed by the Addendum.

## 4. INTEREST RATE AND MONTHLY PAYMENT CHANGES

(C) Calculation of Changes
Before each Change Date, the Note Holder will calculate my new interest rate by adding
TWO AND ONE QUARTER                    percentage point(s) (  2.250      %)
to the Current Index for such Change Date. The Note Holder will then round the result of this addition to the nearest one-eighth of one percentage point (0.125%). Subject to the limits stated in Section 4(D), this rounded amount will be my new interest rate until the next Change Date.

During the Interest-Only Period, the Note Holder will then determine the amount of the monthly payment that would be sufficient to repay accrued interest. This will be the amount of my monthly payment until the earlier of the next Change Date or the end of the Interest-Only Period unless I make a voluntary prepayment of principal during such period. If I make a voluntary prepayment of principal during the Interest-Only Period, my payment amount for the subsequent payments will be reduced to the amount necessary to pay interest at the then current interest rate on the lower principal balance. At the end of the Interest-Only Period and on each Change Date thereafter, the Note Holder will determine the amount of the monthly payment that would be sufficient to repay in full the unpaid principal that I am expected to owe at the end of the Interest-Only Period or Change Date, as applicable, in equal monthly payments over the reamining term of the Note. The result of this calculation will be the new amount of my monthly payment. After the end of the Interest-Only Period, my payment amount will not be reduced due to voluntary prepayments.

_____  4/12/05
Borrower                        Date         Borrower                        Date
DONDI  STEVENS

_____              _____
Borrower                        Date         Borrower                        Date

_____              _____
Borrower                        Date         Borrower                        Date

_____              _____
Borrower                        Date         Borrower                        Date

INTEREST-ONLY ADDENDUM TO ADJUSTABLE RATE RIDER
FORM 603F 1-01



MERS MIN 1..0342.0002384620                                    LOAN NO. 21034889

# INTEREST-ONLY ADDENDUM
# TO ADJUSTABLE RATE RIDER

PROPERTY ADDRESS:
1248 NORTH SAN MARCOS ROAD
SANTA BARBARA, CA 93111

THIS ADDENDUM is made this 7TH      day of   APRIL, 2005         , and is incorporated into and intended to
form a part of the Adjustable Rate Rider (the "Rider") dated the same date as this Addendum executed by the undersigned and
payable to
METROCITIES MORTGAGE, LLC
(the Lender).

THIS ADDENDUM supersedes Sections 4(C) of the Rider. None of the other provisions of the Note are changed by the
Addendum.

## 4. INTEREST RATE AND MONTHLY PAYMENT CHANGES

### (C) Calculation of Changes

Before each Change Date, the Note Holder will calculate my new interest rate by adding
TWO AND ONE QUARTER                                  percentage point(s) (   2.250    %)
to the Current Index for such Change Date. The Note Holder will then round the result of this addition to the nearest one-eighth of
one percentage point (0.125%). Subject to the limits stated in Section 4(D), this rounded amount will be my new interest rate until
the next Change Date.

During the Interest-Only Period, the Note Holder will then determine the amount of the monthly payment that would be
sufficient to repay accrued interest. This will be the amount of my monthly payment until the earlier of the next Change Date or the
end of the Interest-Only Period unless I make a voluntary prepayment of principal during such period. If I make a voluntary
prepayment of principal during the Interest-Only Period, my payment amount for the subsequent payments will be reduced to the
amount necessary to pay interest at the then current interest rate on the lower principal balance. At the end of the Interest-Only
Period and on each Change Date thereafter, the Note Holder will determine the amount of the monthly payment that would be
sufficient to repay in full the unpaid principal that I am expected to owe at the end of the Interest-Only Period or Change Date,
as applicable, in equal monthly payments over the remaining term of the Note. The result of this calculation will be the new amount
of my monthly payment. After the end of the Interest-Only Period, my payment amount will not be reduced due to voluntary
prepayments.

_____  4-12-05        _____
Borrower                         Date            Borrower                         Date
DONDI STEVENS

_____           _____
Borrower                         Date            Borrower                         Date

_____           _____
Borrower                         Date            Borrower                         Date

_____           _____
Borrower                         Date            Borrower                         Date

INTEREST-ONLY ADDENDUM TO ADJUSTABLE RATE RIDER
FORM 603F 1-01

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☒ )

*Dondi Stevens*

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

*Dess Richardson Esg, Kuzila Wallace + Coughlin LLP, Joyce Bisley US BANK NATIONAL ASSOCIATION*

**(b) County of Residence of First Listed Plaintiff** *Santa Barbara*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**County of Residence of First Listed Defendant** *Orange County*
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c) Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

*Dondi Stevens*
*1248 N San Marcos Rd.*
*Santa Barbara CA 93111*

**Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multidistrict Litigation - Transfer
☐ 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No  (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No  ☐ **MONEY DEMANDED IN COMPLAINT:** $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

*Title 15 USC 1692*

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 376 Qui Tam (31 USC 3729(a)) | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 400 State Reapportionment | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 410 Antitrust | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 430 Banks and Banking | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 450 Commerce/ICC Rates/Etc. | | ☐ 310 Airplane | ☒ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 460 Deportation | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 480 Consumer Credit | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 891 Agricultural Acts | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 893 Environmental Matters | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 895 Freedom of Info. Act | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 896 Arbitration | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accommodations | ☐ 740 Railway Labor Act | |
| | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:**  Case Number:  *SACV17-427-*

CV-71 (07/16)  **CIVIL COVER SHEET**  Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII.  VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A:  Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| [ ] Yes  [X] No<br><br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | [ ] Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | [ ] Orange | Southern |
| | [ ] Riverside or San Bernardino | Eastern |

| QUESTION B:  Is the United States, or one of its agencies or employees, a PLAINTIFF in this action? | B.1.  Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br>*check one of the boxes to the right* ➡ | [ ] YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| [ ] Yes  [X] No | | [ ] NO. Continue to Question B.2. |
| If "no," skip to Question C. If "yes," answer Question B.1, at right. | B.2.  Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br>*check one of the boxes to the right* ➡ | [ ] YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | [ ] NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C:  Is the United States, or one of its agencies or employees, a DEFENDANT in this action? | C.1.  Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br>*check one of the boxes to the right* ➡ | [ ] YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| [ ] Yes  [X] No | | [ ] NO. Continue to Question C.2. |
| If "no," skip to Question D. If "yes," answer Question C.1, at right. | C.2.  Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br>*check one of the boxes to the right* ➡ | [ ] YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | [ ] NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D:  Location of plaintiffs and defendants? | A.<br>Orange County | B.<br>Riverside or San Bernardino County | C.<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | [ ] | [ ] | [X] |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | [X] | [ ] | [X] |

| **D.1.  Is there at least one answer in Column A?** | **D.2.  Is there at least one answer in Column B?** |
|---|---|
| [X] Yes  [ ] No | [ ] Yes  [X] No |
| If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br>If "no," go to question D2 to the right. ➡ | If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below.  ⬇ |

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | *WESTERN* |

| QUESTION F: Northern Counties? | |
|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | [X] Yes  [ ] No |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court?**   ☒ NO   ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court?**   ☐ NO   ☒ YES

If yes, list case number(s):   *CV   6068 JFW*

**Civil cases** are related when they (check all that apply):

☒ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):**   _____   DATE: *3-10-17*

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1.  This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
| --- | --- | --- |
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended.  Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |