**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | |
|---|---|
| Case No.   **SA CV 17-427-JFW(JCGx)** | Date: June 19, 2017 |

Title:   Dondi Stevens -v- Dess Richardson, Esquire, et al.

---

**PRESENT:**
   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER TO SHOW CAUSE RE: DISMISSAL PURSUANT TO FED. R. CIV. P. 4(m);**

**ORDER CONTINUING SCHEDULING CONFERENCE**

   The Court orders Plaintiff Dondi Stevens ("Plaintiff") to show cause, in writing, no later than **June 30, 2017** why the remaining defendant in this action, Joyce E. Dudley, should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m).  Federal Rule of Civil Procedure 4(m) provides in relevant part:  "If a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- *must* dismiss the action without prejudice against that defendant or order service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."  Fed. R. Civ. P. 4(m) (emphasis added).

   No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  If a responsive pleading is filed or if Plaintiff files a proof of service as to Joyce E. Dudley (indicating proper service in full compliance with the Federal Rules) on or before **June 30, 2017**, the Court will consider that a satisfactory response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

   The Court **CONTINUES** the Scheduling Conference, currently set for June 26, 2017 at 8:30 a.m., to **July 17, 2017 at 8:30 a.m.**

   IT IS SO ORDERED.