# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES -- GENERAL

Case No.  **SA CV 17-427-JFW(JCGx)**                                    Date: July 13, 2017

Title:    Dondi Stevens -v- Dess Richardson, Esquire, et al.

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   ORDER DISMISSING DEFENDANT JOYCE E. DUDLEY WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(m)

On June 19, 2017, the Court ordered Plaintiff Dondi Stevens ("Plaintiff") to show cause, in writing, no later than June 30, 2017, why the remaining defendant in this action, Joyce E. Dudley, should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m). The Court expressly warned Plaintiff that failure to respond to the Order to Show Cause would result in the dismissal of this action.

Plaintiff failed to respond to the Order to Show Cause on or before June 30, 2017. Accordingly, Defendant Joyce E. Dudley is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 4(m).

IT IS SO ORDERED.